UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD ANTHONY KAMINSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-1213 (JCH) |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

The matter is before the Court on its review of the record. On July 3, 2007, this cause of action was removed from the Circuit Court of St. Louis County, Missouri ("St. Louis County Court"). (Doc. No. 1). The St. Louis County Court file contains a "Complaint for Deculatory (sic), Compensatory, Administrative and Post-Conviction Relief;" a "Petition to Expunge Criminal Record and Mental Health Record and/or Reopen Case by Prosecutor for Purpose of Purging Convictions, Record of Convictions and History of Illegal and Unnecessary Mental Health;" and a "Motion to Seal." (Doc. No. 1 Ex. A). The file also contains an order by the St. Louis County Court holding that the Motion to Seal has not been heard and that the files in this case are public record until further notice. (Id.).

On July 10, 2007, Plaintiff sent the Court three replies to various motions to dismiss.[1] Each reply states that they are filed under seal. As the St. Louis County Court previously stated, this case has not been sealed. Because neither the St. Louis County Court nor this Court has sealed the case

---

[1] The Court has searched the 580 page state court record and notes that it cannot find any motions to dismiss. Rather the record consists of sixty-eights pages of motions filed by Plaintiff and 512 pages of documents attached to these motions.

- 1 -

file, it is a matter of public record. Should either party want a certain document sealed, they should file the appropriate motion with that document.

Dated this 16th day of July, 2007.

                                          /s/ Jean C. Hamilton
                                             UNITED STATES DISTRICT JUDGE