UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD ANTHONY KAMINSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-1213 (JCH) |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The matter is before the Court on Plaintiff's Motion to Seal (Doc. No. 47) and Plaintiff's Motion for Leave to file Reply Briefs (Doc. No. 48), both filed August 2, 2007. The Court grants Plaintiff leave to file any reply brief not already filed with the Court. The Court recognizes that it has received the state court record piecemeal, and will give due consideration to Plaintiff's previously filed reply briefs. Finally, after reviewing the motion to seal, the Court asks Defendants to respond to this motion. This response shall discuss what documents, if any, the Defendant believe should, and should not, be sealed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to file Reply Briefs (Doc. No. 48) is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that Defendants shall respond in writing to Plaintiff's Motion to Seal (Doc. No. 47) no later than Monday, August 13, 2007.

Dated this 3rd day of August, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE