UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DR. RICHARD A. KAMINSKY, D.O., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> STATE OF MISSOURI, STATE BOARD ) <br> OF REGISTRATION FOR HEALING ARTS, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 4:07-CV-1213 (JCH) |

## ORDER

The matter is before the Court on "Plaintiff's Reply Brief in Opposition to Defendant SLU's Motion to Dismiss and Motion to Strike SLU's Exhibit 1 from this Complaint," filed July 9, 2007. (Doc. No. 71). Specifically, Plaintiff asks the Court to strike a copy of a previous case from the record. Upon consideration, the Court see no reason under Fed. R. Civ. P. 12(f) to do so. The Court, however, notes that the this motion also contains a response brief. Even though the Court is denying the motion to strike, it will still give full consideration to the response when ruling on Defendant Saint Louis University School of Medicine's Motion to Dismiss (Doc. No. 18).

Accordingly,

**IT IS HEREBY ORDERED** that Motion to Strike SLU's Exhibit 1 from this Complaint (Doc. No. 71) is **DENIED**.

Dated this 16th day of August, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

- 1 -