UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DR. RICHARD A. KAMINSKY, D.O., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-1213 (JCH) |
| ) | |
| STATE OF MISSOURI, STATE BOARD ) | |
| OF REGISTRATION FOR HEALING ARTS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The matter is before the Court on Plaintiff's "Motion for Leave of Court to File an Amended Complaint," filed August 21, 2007. (Doc. No. 77). This motion included a proposed amended complaint. Although this proposed amended complaint alleges new causes of action against the state government and federal government defendants, it does not reference, incorporate, or reallege any of Plaintiff's previous claims found in his Complaint. As such, the Court will deny Plaintiff's motion to amend, but it will grant Plaintiff additional time to file an amended complaint containing all of his claims against the remaining defendants.

Also before the Court is Plaintiff's "Motion to Strike Defendant St. Louis University School of Medicine's Reply Memorandum in Support of its Motion to Dismiss," filed August 31, 2007. (Doc. No. 86). Upon consideration, the Court see no reason under Fed. R. Civ. P. 12(f) to strike the memorandum at issue.

Accordingly,

- 1 -

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Leave of Court to File an Amended Complaint" (Doc. No. 77) is **DENIED** and Plaintiff is granted until **Friday, September 24, 2007** within which to file an amended complaint containing all of his claims against the remaining defendants.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to Strike Defendant St. Louis University School of Medicine's Reply Memorandum in Support of its Motion to Dismiss," (Doc. No. 86) is **DENIED**.

Dated this 4th day of September, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE