UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD A. KAMINSKY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STATE OF MISSOURI, STATE BOARD ) <br> OF REGISTRATION FOR HEALING ARTS, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 4:07-CV-1213 (JCH) |

## **ORDER**

The matter is before the Court on Defendant Federal Bureau of Investigation's ("FBI") Motion to Dismiss (Doc. No. 108), filed September 21, 2007. On October 31, 2007, the Court granted this motion in part and held it in abeyance in part to allow Plaintiff until November 30, 2007 to offer some proof that Mike Myers ("Myers") and Leann Lisa Ross ("Ross") were actually employed by the FBI. (Doc. No. 132). If Plaintiff failed to offer any proof, his claims against the FBI would be dismissed.

As of this date, Plaintiff has failed to offer any proof that the FBI employed either Ross or Myers. As such, the Court finds that Myers and Ross are not employees of the FBI, and Plaintiff's claims against the FBI must be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant FBI's Motion to Dismiss (Doc. No. 108) is **GRANTED** and Plaintiff's claims against Defendant FBI are **DISMISSED**.

Dated this 4th day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE